Lyle R. Mink, SBN 51162
A Law Corporation
1801 Century Park East, Suite 2600
Los Angeles, CA 90067
Phone: 310.553.1010; Fax: 310.284.5743

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWARM, LLC, a California limited liability company, dba Shades of Greige<br><br>PLAINTIFF(S)<br>v.<br>MICAH A. COHEN, an individual, dba Shades of Grey by Micah Cohen, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV10-3188 DDP (FFMx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

Reporter's Transcripts of arbitration for the following dates: August 15, 16, 17, and 18, 2011; September 13, 14, 15, 16, 21, 22, and 23, 2011.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑ Other  Transcripts of arbitration hearing in this matter.

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required ( *reason* ):
Too voluminous; advised by CM/ECF Helpdesk to manually file with this form.

| | |
|---|---|
| November 19, 2012 | Lyle R. Mink |
| Date | Attorney Name |
| | Plaintiff |
| | Party Represented |

*Note:  File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (6/12)             NOTICE OF MANUAL FILING