Closed

FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWARM, LLC, a California limited liability company, dba Shades of Greige,<br><br>Plaintiff,<br><br>vs.<br><br>MICAH A. COHEN, an individual, dba Shades of Grey by Micah Cohen; NANCY SIDONIE COHEN, an individual,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS. | Case No. CV 10-3188 DDP (FFMx)<br><br>[PROPOSED]<br>ORDER FOR JUDGMENT |

## ORDER

The Motion brought by Defendants Micah A. Cohen and Nancy Sidonie Cohen for an order confirming the Final Arbitration Award issued by the arbitrator in this matter having come on regularly for hearing before the above-captioned Court, and

this Court having granted the Defendants' motion, and confirmed the Final Arbitration Award, by Order dated December 7, 2012, and good cause appearing therefor, the Court hereby enters judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Court hereby directs the cancellation of Swarm, LLC's registration of the trademark SHADES OF GREIGE with the United States Patent and Trademark Office, designated by Registration Number 3924774 (Registration Date March 1, 2011), and Plaintiff Swarm, LLC is ordered to have the trademark SHADES OF GREIGE stricken from the Principal Register;

2. The Court hereby directs the denial of Swarm, LLC's opposition to Trademark Application Serial No. 77/852,023 for the trademark SHADES OF GREY;

3. All parties to the arbitration below, including Jeff Port, are hereby permanently enjoined from using the SHADES OF GREIGE trademark;

4. Micah A. Cohen shall recover the sum of **$130,231.00** from Swarm and Jeff Port, jointly and severally;

5. Swarm and Jeff Port, jointly and severally, shall be liable for and shall pay in full the Defendant-Respondents' arbitration fees and expenses, in the amount of **$112,710.15**.

6. Swarm and Jeff Port, jointly and severally, shall be liable for and shall pay in full the Respondents' reasonable attorney fees, in the amount of **$474,889.21**.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 10, 2013

-2-

[PROPOSED] ORDER FOR JUDGMENT
CASE NO. CV 10-3188 DDP (FFMX)