1  Matthew J. Norris, Esq. (SBN 257505)
   NORRIS LAW GROUP, P.C.
2  10940 Wilshire Boulevard, Suite 1600
3  Los Angeles, CA 90024
   (310) 443-4159  (phone)
4  (310) 443-4220 (facsimile)
5  mjnorris@norrislglaw.com

6  Attorneys for Defendants
   Micah A. Cohen and Nancy Sidonie Cohen
7

8

9              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
10

| 11 SWARM, LLC, a California limited | |
| liability company, dba Shades of | Case No. CV 10-3188 DDP (FFMx) |
| Greige, | |
| Plaintiff, | |
| vs. | **EX PARTE APPLICATION** |
| MICAH A. COHEN, an individual, dba | **FOR ORDER FOR SERVICE OF** |
| Shades of Grey by Micah Cohen; | **OTHER PROCESS BY REGISTERED** |
| NANCY SIDONIE COHEN, an | **PROCESS SERVER** |
| individual, | |
| | **[Fed. R. Civ. P. 4.1]** |
| Defendants. | |
| _____ | [[Proposed] Order Filed Concurrently Herewith] |
| AND RELATED CROSS-CLAIMS. | No Hearing Required |

        Defendants MICAH A. COHEN and NANCY SIDONIE COHEN, also the

judgment creditors in this action, hereby apply for an ex parte order, pursuant to Rule

-1-
**EX PARTE APPLICATION FOR ORDER FOR SERVICE OF
OTHER PROCESS BY REGISTERED PROCESS SERVER**
CASE NO. CV 10-3188 DDP (FFMX)

4.1 of the Federal Rules of Civil Procedure and LR 7-19, that Craig Bassham (Riverside County Registered Process Server No. 784), who is at least 18 years of age, of suitable discretion and not a party to this action, be authorized and appointed to serve other process, namely writs and levies, in the captioned matter.  The U.S. Marshal shall remain the levying officer.

In accordance with the provisions of Local Rule 7-19 *et seq.*, undersigned counsel avers that the Plaintiff (and judgment debtor's) former counsel has advised the undersigned that he no longer represents the Plaintiff, a suspended California limited liability company.  No other counsel for the Plaintiff has been identified or is known.

In addition, the Defendants request this ex parte application because the Plaintiffs do not believe that a hearing is generally required for relief of the type requested, making an application on notice an unneeded consumption of the Court's resources.

DATED:    March 29, 2013          Norris Law Group, P.C.


By: _____/s/ Matthew J. Norris

Matthew J. Norris
Attorneys for Defendants
MICAH A. COHEN and NANCY SIDONIE COHEN