Matthew J. Norris, Esq. (SBN 257505)
NORRIS LAW GROUP, P.C.
10940 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
(310) 443-4159  (phone)
(310) 443-4220 (facsimile)
mjnorris@norrislglaw.com

Attorneys for Defendants
Micah A. Cohen and Nancy Sidonie Cohen

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWARM, LLC, a California limited liability company, dba Shades of Greige,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICAH A. COHEN, an individual, dba Shades of Grey by Micah Cohen; NANCY SIDONIE COHEN, an individual,<br><br>　　　　　Defendants.<br>_____<br><br>AND RELATED CROSS-CLAIMS. | Case No. CV 10-3188 DDP (FFMx)<br><br>**NOTICE OF LODGING OF PROPOSED ORDER**<br><br>**[L.R. 5-4.4.1]**<br><br>[[Proposed] Order Lodged Concurrently Herewith] |

　　To this Honorable Court:

　　PLEASE TAKE NOTICE that Defendants MICAH A. COHEN and NANCY SIDONIE COHEN hereby provide notice of the lodging of a proposed order in

-1-
**NOTICE OF LODGING OF PROPOSED ORDER**
CASE NO. CV 10-3188 DDP (FFMX)

1  connection with the Defendants' Ex Parte Application for Order for Service of Process
2  by Registered Process Server, filed electronically on this date.
3
4
5
6  DATED:      March 29, 2013           Norris Law Group, P.C.
7
8
9                                        By:      /s/ Matthew J. Norris
10                                        Matthew J. Norris
                                          Attorneys for Defendants
11                                        MICAH A. COHEN and NANCY SIDONIE
12                                        COHEN

-2-
**NOTICE OF LODGING OF PROPOSED ORDER**
CASE NO. CV 10-3188 DDP (FFMX)