# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWARM, LLC, a California limited liability company, dba Shades of Greige,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICAH A. COHEN, an individual, dba Shades of Grey by Micah Cohen; NANCY SIDONIE COHEN, an individual,<br><br>          Defendants.<br>_____<br><br>AND RELATED CROSS-CLAIMS. | Case No. CV 10-03188 DDP (FFMx)<br><br>**ORDER FOR SERVICE OF OTHER PROCESS BY REGISTERED PROCESS SERVER**<br><br>[Ex Parte Application for Order for Service of Other Process by Registered Process Server Filed Concurrently Herewith]<br><br>No Hearing Required |

-1-
**[PROPOSED] ORDER FOR SERVICE OF OTHER PROCESS BY REGISTERED PROCESS SERVER**
CASE NO. CV 10-3188 DDP (FFMX)

1    Defendants MICAH A. COHEN and NANCY SIDONIE COHEN filed their ex
2 parte application, pursuant to Rule 4.1 of the Federal Rules of Civil Procedure, that an
3 order issue that Craig Bassham (Riverside County Registered Process Server No.
4 784), who is at least 18 years of age, of suitable discretion and not a party to this
5 action, be authorized and appointed to serve other process, namely writs and levies, in
6 the captioned matter.  The U.S. Marshal shall remain the levying officer.
7    GOOD CAUSE APPEARING, it is so ordered.

9 DATED: April 02, 2013

*[signature]*

United States District Judge